Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON & OLMOS LLP
600 University Avenue
Palo Alto, CA 94301
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant
Wilfred Bryant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>          Plaintiff,<br><br>vs.<br><br>WILFRED BRYANT,<br><br>          Defendant. | Case No.: CR 17-00175 JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Timothy Delgado, and Defendant Wilfred Bryant, through his attorney Daniel Olmos, that the status hearing in this matter be continued from January 22, 2019, to February 19, 2019 at 9:15 a.m., to permit defense counsel to continue third party discovery with the Vacaville Police Department.

As defense counsel stated at the previous status conference, he served a Federal Rule of Criminal Procedure 17(c) subpoena on the Vacaville Police Department on or about November 9, 2018, pursuant to information provided by the Department to the Government in this matter. However, based upon subsequent communications between the Vacaville City Attorney's Office and defense counsel, it appears that the defense will be required to serve an additional subpoena on the

Vacaville Police Department in order to ensure compliance. Defense counsel will file that subpoena with the Court no later than January 22, 2019.

The parties further agree and request that the Court order for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, that the time period between January 22, 2019, to and including the February 19, 2019, status hearing, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time to prepare his client's defense.

For the foregoing reasons, the parties stipulate to continue the status conference to February 19, 2019, at 9:15 a.m.

IT IS SO STIPULATED:

Dated: January 17, 2019

NOLAN BARTON & OLMOS LLP

/S/ Daniel B. Olmos
Daniel B. Olmos
Attorney for Defendant Wilfred Bryant

Dated: January 17, 2019

MCGREGOR W. SCOTT

United States Attorney

By: /S/ Timothy Delgado
Timothy Delgado
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| UNITED STATES, | Case No.: CR 17-00175 JAM |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO CONTINUE STATUS HEARING** |
| WILFRED BRYANT, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the status hearing for Defendant Wilfred Bryant be continued to February 19, 2019, at 9:15 a.m. It is further ordered that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period between January 22, 2019, to and including the February 19, 2019, status hearing be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4.

Dated: 1/17/2019                            /s/ John A. Mendez_____
                                            The Hon. John A. Mendez
                                            United States District Court Judge