McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-0175-JAM |
| Plaintiff, | STIPULATION AND ORDER TO MODIFY THE BRIEFING SCHEDULE AND CONTINUE THE STATUS HEARING TO JUNE 18, 2019 |
| v. | |
| WILFRED WALLACE BRYANT, | Date: May 7, 2019<br>Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |
| Defendant. | |

Plaintiff United States of America, through its undersigned counsel, and defendant Wilfred W. Bryant, through his respective counsel of record, stipulate as follows:

1. This matter is currently set for a hearing on Mr. Bryant's motions to suppress evidence on May 7, 2019. (Dkt. No. 34.) Bryant filed his motion on April 2, 2019. (*Id.*)

2. By this stipulation, the parties now seek to modify the briefing schedule as set forth below. As good cause for granting this request, government counsel avers that the government requires a brief period of additional time to communicate with personnel from the Vacaville Police Department in regards to the government's opposition. In addition, government counsel has relayed a plea offer to the defense contemporaneous with this filing. Defense counsel will require a brief period of time to review the offer and discuss it with Mr. Bryant.

///

STIPULATION AND (PROPOSED) ORDER
TO MODIFY THE BRIEFING SCHEDULE

1

1  3. By this stipulation, the parties jointly request that the Court modify the briefing schedule
2  as follows:
3      a. United States' Opposition – due June 4, 2019
4      b. Defendant's Reply – due June 11, 2019
5      c. Motion hearing, if necessary – June 18, 2019
6  4. This matter is currently set for a status hearing on May 7, 2019, and time under the Speedy
7  Trial Act, 18 U.S.C. § 3161 *et seq.*, has already been excluded through that date. (Dkt. No. 33.) By this
8  stipulation, the parties jointly agree that time under the Speedy Trial Act should be excluded from the
9  date the parties stipulated, up to and including June 18, 2019, under 18 U.S.C. § 3161(h)(1)(D) and
10 Local Code E [pretrial motions, from filing to hearing or prompt disposition].
11 IT IS SO STIPULATED.

13 Dated: May 1, 2019        */s/ Timothy H. Delgado*
   TIMOTHY H. DELGADO
14 Assistant United States Attorney
15 *Attorney for Plaintiff United States of America*

16 Dated: May 1, 2019        */s/ THD for Daniel B. Olmos*
   DANIEL B. OLMOS
17 Nolan Barton & Olmos LLP
18 *Attorney for Defendant Wilfred B. Bryant*

**ORDER**

The Court has read and considered the parties' Stipulation and (Proposed) Order to Modify the Briefing Schedule and Continue the Status Hearing to June 18, 2019, filed May 1, 2019. The Court finds that the Stipulation, which the Court incorporates by reference into this Order, establishes good cause for a modification of the briefing schedule. The Court further finds that the brief extension of time requested by the parties would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The briefing schedule on the defendant's motions to suppress evidence is modified as follows:
    a. United States' Opposition – due June 4, 2019
    b. Defendant's Reply – due June 11, 2019
    c. Motion hearing, if necessary – June 18, 2019
2. The Court further orders that the May 7, 2019 status hearing be continued to June 18, 2019 at 9:15 a.m.
3. The Court further orders that time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, be excluded from the date the parties stipulated, up to and including June 18, 2019, under 18 U.S.C. § 3161(h)(1)(D) and Local Code E [pretrial motions, from filing to hearing or prompt disposition].

SO ORDERED.

Dated: May 1, 2019

/s/ John A. Mendez_____
Hon. John A. Mendez
United States District Judge