MCGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-0175-JAM |
| Plaintiff, | STIPULATION AND ORDER TO ADVANCE STATUS CONFERENCE |
| v. | |
| WILFRED WALLACE BRYANT, | Date: June 18, 2019<br>Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |
| Defendant. | |

Plaintiff United States of America, through its respective counsel, and defendant Wilfred Wallace Bryant, through his counsel of record, stipulate that the status conference now set for June 18, 2019, be advanced by one week, to June 11, 2019, at 9:15 a.m.

In March 2019, the parties appeared for a status hearing, during which the Court set a briefing schedule on Mr. Bryant's forthcoming motion to suppress. (Dkt. No. 33.) Mr. Bryant filed that motion on schedule in April. (Dkt. No. 34.) Since then, the Court has modified the briefing schedule, and this case is now set for a motions hearing and further status conference on June 18, 2019. (Dkt. No. 36.)

The parties are prepared to resolve this case through a plea agreement and would like to do so without delay. Moments ago, the parties filed an executed copy of the plea agreement. (Dkt. No. 37.) Although this case is currently set for a status hearing on June 18, the parties are asking to advance the hearing by one week, to June 11, for a change of plea. Time under the Speedy Trial Act has already been excluded through June 18 (Dkt. No. 36), so no additional finding regarding an exclusion of time is

STIPULATION AND (PROPOSED) ORDER
TO ADVANCE STATUS CONFERENCE

1

required.

Based on the foregoing, the parties stipulate that the status conference currently set for June 18, 2019, be advanced to June 11, 2019, at 9:15 a.m.

Respectfully submitted,

Dated:  June 6, 2019                          */s/ Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
*Counsel for Plaintiff United States*

Dated:  June 6, 2019                          */s/ THD for Daniel B. Olmos*
DANIEL B. OLMOS
Nolan Barton & Olmos LLP
*Counsel for Defendant Wilfred W. Bryant*

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing, adopts the parties' stipulation in its entirety as its order. For the reasons stated in the parties' stipulation, the June 18, 2019 status conference is advanced by one week, to June 11, 2019. Time under the Speedy Trial Act has already been excluded through that date. (Minutes, Dkt. No. 36.)

SO ORDERED.

Dated: June 6, 2019                          /s/ John A. Mendez_____
                                             Hon. John A. Mendez
                                             United States District Court Judge