Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON & OLMOS LLP
600 University Avenue
Palo Alto, CA  94301
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant
Wilfred Bryant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>                    Plaintiff,<br><br>        vs.<br><br>WILFRED BRYANT,<br><br>                    Defendant. | Case No.: CR 17-00175 JAM<br><br>**REQUEST TO SEAL DOCUMENTS AND ORDER** |

Defendant Wilfred Bryant, by and through his attorney Daniel B. Olmos, and pursuant to Local Rule 141, hereby requests that his medical records be sealed. The medical records, consisting of 55 pages, are submitted with this Request.

Defendant requests that United States Assistant Attorney Paul Hemesath and the U.S. Probation Department be permitted access to the documents.

Dated:  August 5, 2020

Respectfully submitted,

NOLAN BARTON & OLMOS, LLP

_____/s/ Daniel B. Olmos_____
Daniel B. Olmos
Attorney for Defendant Wilfred Bryant

//

//

REQUEST TO SEAL DOCUMENTS AND [PROPOSED] ORDER; CASE NO. 17-CR-00175

**ORDER**

 GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the Request To Seal

Documents is GRANTED, and that the medical records provided by the Bureau of Prisons pertaining

to Defendant Wilfred Bryant shall be filed under seal.


Dated:   August 5, 2020                                  /s/ John A. Mendez_____
                                                         The Hon. John A. Mendez
                                                         United States District Court Judge