Daniel B. Olmos (CA SBN 235319)

**NOLAN BARTON OLMOS LLP**

600 University Avenue
Palo Alto | CA | 94301
T 650.326.2980 | F 650.326.9704
Email: dolmos@nbo.law

Attorney for Defendant
Wilfred Bryant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 17-00175 JAM |
| Plaintiff, | **STIPULATION AND ORDER RE: EXTENSION OF TIME TO FILE REPLY TO GOVERNMENT'S OPPOSITION TO DEFENDANT'S THIRD MOTION FOR COMPASSIONATE RELEASE** |
| vs. | |
| WILFRED BRYANT, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Paul A. Hemesath, and Defendant Wilfred Bryant, through his attorney Daniel B. Olmos, that Defendant's reply to the United States' Opposition to Defendant's Third Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(C)(1)(A) shall be extended one week. Defendant's reply is now due on or before October 22, 2021.

This continuance will allow defense counsel, only recently appointed to represent Defendant in this matter, reasonable time to prepare his client's reply.

///

///

///

*United States v. Bryant*; Case No. 17-CR-00175-JAM
Stipulation and Order Granting Defendant Extension of Time to File Reply to Oppo

1

IT IS SO STIPULATED:

Dated:  October 13, 2021                           NOLAN BARTON & OLMOS, LLP

                                                   /s/ *Daniel B. Olmos*
                                                   DANIEL B. OLMOS
                                                   Attorney for Defendant Wilfred Bryant


Dated:  October 13, 2021                           PHILLIP A. TALBERT
                                                   Acting United States Attorney


                                                   By:   /s/ *Paul A. Hemesath*
                                                   PAUL A. HEMESATH
                                                   Assistant United States Attorney


**ORDER GRANTING EXTENSION OF TIME TO FILE REPLY TO GOVERNMENT'S OPPOSITION TO DEFENDANT'S THIRD MOTION FOR COMPASSIONATE RELEASE**

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that Defendant Wilfred Bryant's reply to the United States' Opposition to Defendant's Third Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(C)(1)(A) shall be extended one week. Defendant's reply is now due on or before October 22, 2021.

Dated:  10/13/2021                                 /s/John A. Mendez
                                                   THE HONORABLE JOHN A. MENDEZ
                                                   UNITED STATES DISTRICT COURT JUDGE